IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD LEE TURNER,

      Plaintiff,                       No. 2:11-cv-2908 JFM (PC)

   vs.

KELLY, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the dismissal of this action; and

/////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/md
turn2908.3a.jfm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD LEE TURNER,

    Plaintiff,                                      No. 2:11-cv-2908 JFM (PC)

    vs.

KELLY, et al.,                                              <u>SUBMISSION OF</u>

    Defendants.                                  <u>IFP or FILING FEE</u>

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____   IFP affidavit

    _____   The appropriate filing fee

DATED:

                                                                  _____
                                                                  Plaintiff